[No. 65009-2-I.   Division One.   September 12, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW MARVIN STEAN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 07-1-01309-4, Steven J. Mura, J., entered March 3, 2010. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Cox and Spearman, JJ.

[No. 65156-1-I.   Division One.   September 12, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN MICHAEL DANFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-02704-4, Cheryl B. Carey, J., entered March 26, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, C.J., and Grosse, J.

[No. 65165-0-I.   Division One.   September 12, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE LYLE ROCHESTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-04235-3, Richard D. Eadie, J., entered April 13, 2010. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Cox, J., concurred in by Leach, A.C.J., and Lau, J.

[No. 65432-2-I.   Division One.   September 12, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ELLIOT JEFFERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05944-2, Jim Rogers, J., entered April 16, 2010. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Becker and Schindler, JJ.